■ The People of the State of New York, Respondent, v James E. Robinson, Appellant. (Appeal No. 1.) [718 NYS2d 672] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contentions that he was denied his constitutional right to a speedy trial (*see, People v Jordan,* 62 NY2d 825, 826; *People v Debo,* 234 AD2d 944, 945, *lv denied* 89 NY2d 984) and that he was deprived of his right to due process of law as the result of preindictment delay (*see, People v Cedeno,* 52 NY2d 847, 848; *People v Mike,* 212 AD2d 999, 1000, *lv denied* 86 NY2d 738). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). The sentence is not unduly harsh or severe. (Appeal from Judgment of Cayuga County Court, Corning, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.

■ The People of the State of New York, Respondent, v James E. Robinson, Appellant. (Appeal No. 2.) [718 NYS2d 668] —Judgment unanimously affirmed. Same Memorandum as in *People v Robinson* (278 AD2d 901 [decided herewith]). (Appeal from Judgment of Cayuga County Court, Corning, J.— Attempted Grand Larceny, 4th Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.